Civil Action No.    **1:24-cv-02104**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **DIR Group c/o Pedro Llerena, Resident Agent**
was recieved by me on  **12/04/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Pedro Llerena**, who is designated by law to accept service of process on behalf of **DIR Group c/o Pedro Llerena, Resident Agent** at **8041 Barry Rd, Indianapolis, IN 46219** on **12/05/2024 at 6:15 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  12/08/2024

*Server's signature*

**Kaitlin Wood**
*Printed name and title*

**1318 Blaine Ave
INDIANAPOLIS, IN 46221**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; ACCEPTANCE OF WORKING AGREEMENT (AGC OF INDIANA, INC.); ACCEPTANCE OF WORKING AGREEMENT; APPEARANCE,  to Pedro Llerena, Resident Agent with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent.**





Tracking #: **0151356348**